UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| YOANDY FERNANDEZ MORALES, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT HARTMAN, *et al.*, <br><br> Defendants. | **Lead Case No.** <br><br> 3:24-CV-00418-MMD-CLB <br><br> **Additional Case Nos.** <br><br> 3:24-CV-00551-ART-CLB <br> 2:24-CV-00439-RFB-NJK <br> 3:24-CV-00407-ART-CLB <br> 3:23-CV-00490-CLB <br> 3:24-CV-00550-MMD-CSD <br> 2:24-CV-00390-RFB-BNW <br> 3:24-CV-00281-ART-CSD <br> 3:24-CV-00582-ART-CLB <br> 3:25-CV-00420-ART-CSD <br><br> **ORDER SETTING DEADLINE TO FILE STIPULATIONS TO DISMISS** |

On March 2, 2026, the Court issued an order directing the Attorney General's Office to file the stipulations for dismissal in each case subject to the global settlement agreement between Plaintiff Yoandy Fernandez Morales and the Nevada Department of Corrections. (ECF No. 37 (lead case).) To date, no stipulation to dismiss has been filed in any case. Accordingly, the Court finds it is appropriate to set a deadline to ensure prompt adjudication of the cases subject to the global settlement agreement.

**IT IS THEREFORE ORDERED** that the Attorney General's Office shall file the stipulations for dismissal in each case identified in the caption **NO LATER THAN WEDNESDAY, MARCH 11, AT 12:00 P.M.**

///

///

**IT IS FURTHER ORDERED** that the **CLERK** shall **SEND** a copy of this order via email to Chief Deputy Attorney General D. Randall Gilmer, dgilmer@ag.nv.gov, and Senior Deputy Attorney General Douglas R. Rands, drands@ag.nv.gov.

**DATED**: March 9, 2026

UNITED STATES MAGISTRATE JUDGE

2